UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TRONOX, INC. SECURITIES LITIGATION | File No. 09-CV-06220-SAS |

### LEAD PLAINTIFFS' NOTICE OF MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT AND (III) APPROVAL OF NOTICE TO THE CLASS

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated August 3, 2012, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiffs LaGrange Capital Partners, LP and LaGrange Capital Partners Offshore Fund, Ltd. will move this Court, under Rule 23 of the Federal Rules of Civil Procedure, at a date, time and location to be set by the Court, for an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Class and Plaintiffs as Class representatives and appointing Lead Counsel as Class counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to members of the Class; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

Attached hereto as Exhibit 2 is a copy of the proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice (and its exhibits).

Dated:  August 3, 2012	Respectfully submitted,

        **GOLD BENNETT CERA & SIDENER LLP**

        By: <u>/s Solomon B. Cera</u>
        Solomon B. Cera
        Thomas C. Bright
        595 Market Street, Suite 2300
        San Francisco, CA 94105
        Telephone: (415) 777-2230
        Facsimile: (415) 777-5189

        *Lead Counsel and Attorneys for Lead Plaintiffs*

        **BERNSTEIN LITOWITZ BERGER**
          **& GROSSMANN LLP**
        Hannah G. Ross
        Laura H. Gundersheim
        1285 Avenue of the Americas
        New York, New York 10019
        Telephone: (212) 554-1400
        Facsimile: (212) 554-1444

        *Attorneys for Named Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                            /s/Solomon B. Cera
                                             Solomon B. Cera