**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TRONOX, INC. SECURITIES LITIGATION | ) Civil Action No. 09-CV-06220-SAS ) ) ) Electronically Filed |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) ) |

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR**
**FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and supporting documents, the Stipulation and Agreement of Settlement ("Stipulation") executed by Plaintiffs and Defendants dated August 3, 2012 (ECF No. 186); and all other documents, pleadings and matters of record herein, Lead Plaintiffs LaGrange Capital Partners, LP and LaGrange Capital Partners Offshore Fund, Ltd., and Named Plaintiffs The Fire and Police Pension Association of Colorado and The San Antonio Fire and Police Pension Fund by and through their undersigned counsel, will respectfully move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on November 19, 2012 at 4:30 p.m. for an Order finding that the Settlement is fair, reasonable and adequate such that final approval and entry of the [Proposed] Final Order and Judgment attached as Exhibit B to the Stipulation is warranted and for an Order approving the Plan of Allocation as fair and reasonable.

#126445                                   1

Dated:  October 15, 2012                                  Respectfully submitted,

                                                                **GOLD BENNETT CERA & SIDENER LLP**

By: /s Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

*Class Counsel*

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
Hannah G. Ross
Laura H. Gundersheim
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Named Plaintiffs*

#126445                                                                  2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                                  /s/Solomon B. Cera
                                                   Solomon B. Cera