# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TRONOX, INC.<br>SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CLASS ACTIONS | ) Civil Action No. 09-CV-06220-SAS<br>)<br>)<br>) Electronically Filed<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF HANNAH G. ROSS ON BEHALF OF**
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
**IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN**
**AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

I, Hannah G. Ross, declare as follows:

1.   I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of Plaintiffs' Counsel's application for an award of attorneys' fees in connection with services rendered in the above-captioned action (the "Action") from inception through September 30, 2012 (the "Time Period"), as well as for reimbursement of expenses incurred by my firm in connection with the Action.

2.   My firm is one of Plaintiffs' Counsel in the Action and we represent Named Plaintiffs The Fire and Police Pension Association of Colorado and The San Antonio Fire and Police Pension Fund. My firm has been involved in all aspects of the prosecution and resolution of Action, as described in detail in the accompanying Declaration and memoranda submitted in support of the motion for final approval of the Settlement and Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

3.   The schedule attached hereto as Exhibit 1 is a summary indicating the amount of time spent by each attorney and professional support staff of my firm who was involved in this Action during the Time Period, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

4. The hourly rates for the attorneys and professional support staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted in other securities or shareholder litigation.

5. The total number of hours expended on this Action by my firm during the Time Period is 5,323.75. The total lodestar for my firm for that period is $2,394,733.75, consisting of $2,035,720.00 for attorneys' time and $359,013.75 for professional support staff time.

6. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7. As detailed in the schedule attached hereto as Exhibit 2, my firm has incurred a total of $102,947.20 in unreimbursed expenses in connection with the prosecution of this Action during the Time Period.

8. The expenses incurred in this Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2012.

                                                                                                *Hannah G. Ross*

# 679901.2

# EXHIBIT 1

*In re Tronox, Inc. Securities Litigation*

## BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### TIME REPORT

Reporting Period: Inception through September 30, 2012

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Max Berger | 144.00 | $975.00 | $140,400.00 |
| Salvatore Graziano | 30.75 | 800.00 | 24,600.00 |
| Hannah Ross | 493.25 | 700.00 | 345,275.00 |
| Gerald Silk | 76.50 | 800.00 | 61,200.00 |
| | | | |
| **Senior Counsel** | | | |
| Rochelle Hansen | 130.50 | 675.00 | 88,087.50 |
| | | | |
| **Associates** | | | |
| Matthew Berman | 101.00 | 425.00 | 42,925.00 |
| Michael Blatchley | 42.00 | 440.00 | 18,480.00 |
| David Duncan | 117.50 | 425.00 | 49,937.50 |
| Laura Gundersheim | 1,086.75 | 500.00 | 543,375.00 |
| Noam Mandel | 84.00 | 465.00 | 39,060.00 |
| David Steacie | 53.25 | 425.00 | 22,631.25 |
| | | | |
| **Staff Attorneys** | | | |
| Scott Horlacher | 870.50 | 395.00 | 343,847.50 |
| Larry Rubenstein | 799.75 | 395.00 | 315,901.25 |
| | | | |
| **Financial Analysts** | | | |
| Nick DeFilippis | 15.00 | 465.00 | 6,975.00 |
| Adam Weinschel | 41.75 | 375.00 | 15,656.25 |
| Amanda Beth Hollis | 12.00 | 295.00 | 3,540.00 |
| Rochelle Moses | 31.00 | 295.00 | 9,145.00 |
| Sharon Safran | 14.50 | 295.00 | 4,277.50 |
| Ryan S. Ting | 12.00 | 235.00 | 2,820.00 |
| | | | |
| **Investigators** | | | |
| Amy Bitkower | 38.75 | 465.00 | 18,018.75 |
| Lisa C. Burr | 119.25 | 265.00 | 31,601.25 |
| Jaclyn Chall | 191.50 | 265.00 | 50,747.50 |

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Litigation Support** | | | |
| Michael Hartling | 13.50 | 225.00 | 3,037.50 |
| | | | |
| **Paralegals** | | | |
| Maureen Duncan | 23.75 | 290.00 | 6,887.50 |
| Virgilio Soler, Jr. | 399.00 | 290.00 | 115,710.00 |
| Gary Weston | 71.50 | 290.00 | 20,735.00 |
| Ruben Montilla | 310.50 | 225.00 | 69,862.50 |
| | | | |
| **TOTAL LODESTAR** | **5,323.75** | | **$2,394,733.75** |

\* This report does not include time for anyone who spent fewer than 10 hours on this litigation.

# EXHIBIT 2

*In re Tronox, Inc. Securities Litigation*

## BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### EXPENSE REPORT

Reporting Period: Inception through September 30, 2012

| CATEGORY | AMOUNT |
|---|---|
| Service of Process | $ 2,325.75 |
| On-Line Legal Research | 18,320.84 |
| On-Line Factual Research | 9,856.67 |
| Telephones/Faxes | 112.66 |
| Postage & Express Mail | 1,470.21 |
| Hand Delivery Charges | 65.45 |
| Local Transportation | 2,295.92 |
| Internal Copying | 16,520.50 |
| Outside Copying | 8,579.08 |
| Out of Town Travel | 11,695.48 |
| Working Meals | 6,133.66 |
| Court Reporting & Transcripts | 8,788.05 |
| Special Publications | 50.00 |
| Staff Overtime | 546.04 |
| Document Storage & Retrieval | 102.00 |
| Experts | 7,260.89 |
| Mediation Fees | 8,824.00 |
| | |
| **TOTAL EXPENSES:** | **$102,947.20** |