UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TRONOX, INC. SECURITIES LITIGATION | ) Civil Action No. 09-CV-06220-SAS ) ) ) Electronically Filed |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) ) ) ) |

**CLASS COUNSEL'S NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND CLASS REPRESENTATIVES' REQUEST FOR <u>REIMBURSEMENT OF COSTS AND EXPENSES</u>**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the declarations submitted therewith, the Stipulation and Agreement of Settlement executed by Plaintiffs and Defendants dated August 3, 2012 (ECF No. 186), Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation, and all other documents, pleadings and matters of record herein, Class Counsel will respectfully move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on November 19, 2012 at 4:30 p.m. for an Order finding that Class Counsel's requested fees and expenses are fair, reasonable and adequate and thus should be awarded, and that the Class Representatives' request for reimbursement of costs and expenses should be granted.

#126446               1

Dated:  October 15, 2012                    Respectfully submitted,

**GOLD BENNETT CERA & SIDENER LLP**

By: /s Solomon B. Cera
Solomon B. Cera
Thomas C. Bright
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

*Class Counsel*

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Hannah G. Ross
Laura H. Gundersheim
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Named Plaintiffs*

#126446                         2

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/Solomon B. Cera
Solomon B. Cera
