# Exhibit A

*In re Tronox, Inc. Sec. Litig.*

Requests for Exclusion Received

1. Betty Ann Kesterke
   Benton Harbor, MI

2. Robert A. Hursh
   Fort Wayne, IN

3. Karl M. Sievert (deceased)
   by Mary Sievert
   Oregon, OH

4. Bill J. Rhoads
   Biggs, CA

5. Sharon Butrymowicz
   Rockville, MD

6. Evelyn Rachofsky Wisenberg
   Houston, TX

7. Dorothy Milligan (deceased)
   by James E. Milligan
   Brookhaven, PA

8. Barbara Ann Kimble
   Farmers Branch, TX

9. Marcia L. Larson
   Greentown, PA

10. Zoë Chios Carmody
    Ottawa, ON CANADA

11. Daniel Pfeffer
    Holmdel, NJ

12. Roberta Walsh
    Tiny, ON CANADA

13. Estate of Mary Florence Reilly
    by Eileen DeStefano, Executrix
    Drexel Hill, PA

14. Beverly J. Westover and
    Lawrence F. Westover (deceased)
    Winter Haven, FL

15. Jeanette Y. Jordan and
    Gene T. Jordan (deceased)
    Silsbee, TX

#685066