# EXHIBIT A

*In re Tronox, Inc. Securities Litigation*, **Civil Action No. 09-cv-06220-SAS**
<u>**CAFA State and Federal Official Service List**</u>

The Honorable Luther Strange
Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36104

The Honorable Michael Geraghty
Alaska Attorney General
123 4th Street, 6th Fl.
Juneau, AK 99801

The Honorable Tom Horne
Arizona Attorney General
1275 W. Washington St
Phoenix, AZ 85007

The Honorable Dustin McDaniel
Arkansas Attorney General
200 Tower Bldg
323 Center St.
Little Rock, AR 72201-2610

The Honorable Kamala Harris
California Attorney General
1300 I St., Ste. 1740
Sacramento, CA 95814

The Honorable John Suthers
Colorado Attorney General
1525 Sherman St.
Denver, CO 80203

The Honorable George Jepsen
Connecticut Attorney General
55 Elm St.
Hartford, CT 06106

The Honorable Joseph R. "Beau" Biden, III
Delaware Attorney General
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

The Honorable Irvin Nathan
District of Columbia Attorney General
1350 PA Ave, NW; Suite 409
Washington, D.C. 20009

The Honorable Pam Bondi
Florida Attorney General
The Capitol, PL 01
Tallahassee, FL 32399-1050

The Honorable Sam Olens
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300

The Honorable Lenny Rapadas
Guam Attorney General
287 West O'Brien Drive
Hagatna, Gua 96910

The Honorable David Louie
Hawaii Attorney General
425 Queen St
Honolulu, HI 96813

The Honorable Lawrence Wasden
Idaho Attorney General
700 W. Jefferson Street, Suite 210
Boise, ID 83720-0001

The Honorable Lisa Madigan
Illinois Attorney General
James R. Thompson Ctr
100 W. Randolph St.
Chicago, IL 60601

The Honorable Greg Zoeller
Indiana Attorney General
Indiana Government Center South
302 West Washington Street, 5th Fl.
Indianapolis, IN 46204

The Honorable Tom Miller
Iowa Attorney General
Hoover State Office Bldg.
1305 E. Walnut
Des Moines, IA 50319

The Honorable Derek Schmidt
Kansas Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597

The Honorable Jack Conway
Kentucky Attorney General
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

The Honorable James D. "Buddy" Caldwell
Louisiana Attorney General
1885 North 3rd Street, 7th Fl.
Baton Rouge, LA 70804

The Honorable William J. Schneider
Maine Attorney General
State House Station 6
Augusta, ME 04333

The Honorable Douglas F. Gansler
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

The Honorable Martha Coakley
Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108-1698

The Honorable Bill Schuette
Michigan Attorney General
525 W. Ottawa St.
G. Mennen Williams Building, 7th Floor
Lansing, MI 48933

The Honorable Lori Swanson
Minnesota Attorney General
State Capitol, Ste. 102
St. Paul, MN 55155

The Honorable Jim Hood
Mississippi Attorney General
550 High Street
Walter Sillers Bldg., Ste 1200
Jackson, MS 39201

The Honorable Chris Koster
Missouri Attorney General
Supreme Ct. Bldg.
207 W. High St.
Jefferson City, MO 65101

The Honorable Steve Bullock
Montana Attorney General
Justice Bldg.
215 N. Sanders
Helena, MT 59601

The Honorable Jon Bruning
Nebraska Attorney General
1445 K Street, Room 2115
State Capitol
Lincoln, NE 68508

The Honorable Catherine Cortez Masto
Nevada Attorney General
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701

The Honorable Michael Delaney
New Hampshire Attorney General
State House Annex
33 Capitol St.
Concord, NH 03301-6397

The Honorable Jeffrey S. Chiesa
New Jersey Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8 West
Trenton, NJ 08611

The Honorable Gary King
New Mexico Attorney General
408 Galisteo Street
Villagra Building
Sante Fe, NM 87501

The Honorable Eric Schneiderman
New York Attorney General
Dept. of Law
The Capitol, 2nd Fl.
Albany, NY 12224

The Honorable Roy Cooper
North Carolina Attorney General
Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699

The Honorable Wayne Stenehjem
North Dakota Attorney General
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

The Honorable Mike DeWine
Ohio Attorney General
State Office Tower
30 E. Broad St.
Columbus, OH 43266-0410

The Honorable Scott Pruitt
Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

The Honorable Ellen F. Rosenblum
Oregon Attorney General
Justice Bldg.
1162 Court St., NE
Salem, OR 97301

The Honorable Linda L. Kelly
Pennsylvania Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

The Honorable Guillermo Somoza-Colombani
Puerto Rico Attorney General
GPO Box 902192
Axtmayer, Pda. 11, Miramar
San Juan, PR 00902-0192

The Honorable Peter Kilmartin
Rhode Island Attorney General
150 S. Main St.
Providence, RI 02903

The Honorable Alan Wilson
South Carolina Attorney General
Rembert C. Dennis Office Bldg.
1000 Assembly Street, Room 519
Columbia, SC 29201

The Honorable Marty J. Jackley
South Dakota Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

The Honorable Robert E. Cooper, Jr.
Tennessee Attorney General
425 5th Avenue North
Nashville, TN 37243

The Honorable Greg Abbott
Texas Attorney General
Capitol Station
300 W. 15th Street
Austin, TX 78701

The Honorable Mark Shurtleff
Utah Attorney General
State Capitol, Rm. 236
350 North State Street
Salt Lake City, UT 84114-0810

The Honorable William H. Sorrell
Vermont Attorney General
109 State St.
Montpelier, VT 05609-1001

The Honorable Ken Cuccinelli
Virginia Attorney General
900 East Main Street
Richmond, VA 23219

The Honorable Rob McKenna
Washington Attorney General
1125 Washington St. SE
Olympia, WA 98501

The Honorable Darrell V. McGraw, Jr.
West Virginia Attorney General
State Capitol
1900 Kanawha Blvd., E.
Charleston, WV 25305

The Honorable J.B. Van Hollen
Wisconsin Attorney General
Wisconsin Department of Justice
17 West Main Street
Madison, WI 53707-7857

The Honorable Greg Phillips
Wyoming Attorney General
200 W. 24th Street
123 Capitol Building
Cheyenne, WY 82002

The Honorable Fepulea'i A. "Afa" Ripley, Jr.
American Samoa Attorney General
American Samoa Gov't, Exec. Ofc. Bldg
Utulei, Territory of American Samoa
Pago Pago, AS 96799

The Honorable Edward T. Buckingham
Northern Mariana Islands Attorney General
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907

The Honorable Vincent Frazer
Virgin Islands Attorney General
Dept. of Justice, G.E.R.S. Complex
488-50C Kronprinsdens Gade
St. Thomas, VI 00802